**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6316**

---

HABAKKUK E. B. YOWEL, a/k/a Bartholomew
Robinson,

                                        Plaintiff - Appellant,

        versus

JAMES S. GILMORE, III, Governor of Virginia;
JOHN H. HAGER, Lieutenant Governor of
Virginia; MARK L. EARLEY, former Attorney
General of Virginia; MARK R. DAVIS, Senior
Assistant Attorney General; R. ANGELONE,
Director of Virginia Department of
Corrections; FRED L. FINKBEINER, Chairman of
Virginia Board of Corrections; R. A. YOUNG,
Regional Director of Virginia Department of
Corrections; L. W. JARVIS, Warden, Bland
Correctional Center,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-01-952-2)

---

Submitted: April 25, 2002          Decided: May 8, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Habakkuk E. B. Yowel, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Habakkuk E.B. Yowel appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Yowel v. Gilmore, No. CA-01-952-2 (E.D. Va., filed Feb. 6, 2002; entered Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED